UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF MARÍA CAROLINA CHAPELLÍN BIGOTT FOR AN ORDER PERMITTING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS UNDER 28 U.S.C. § 1782 | § § § § § § § § NO: |

### *EX PARTE* APPLICATION OF MARÍA CAROLINA CHAPELLÍN BIGOTT FOR AN ORDER PERMITTING DISCOVERY FOR USE IN FOREIGN PROCEDINGS UNDER 28 U.S.C. §1782

Applicant María Carolina Chapellín Bigott ("Applicant"), pursuant to 28 U.S.C. §1782, respectively requests that this Court enter an order in the form of the proposed order filed with this Application authorizing Applicant to obtain discovery from Iveth Landa ("Landa") for use in pending litigation in the Court of First Instance No. 27 of Madrid, Spain. In support of her Application, Applicant submits a Memorandum of Law, Proposed Subpoena attached as Exhibit A, Declaration of María Carolina Chapellín Bigott attached as Exhibit B, and a Declaration of Alan Aldana attached as Exhibit C.

*[Signature page follows]*

Dated: September 22nd, 2025

Respectfully submitted,

*/s/ Omar F. Guerra Johansson*
Omar F. Guerra Johansson
Florida Bar No. 18141
office@JLoAttorneys.com
omar@JLoAttorneys.com
Omar F. Guerra Johansson, P.A.
2962 Trivium Circle, Suite 208
Fort Lauderdale, Florida 33312
(954) 745-7517

Andres Sanchez
Texas State Bar No. 24056262
andres@psd.law
*Motion for Pro Hac Vice forthcoming
Parker Sanchez & Donnelly, PLLC
700 Louisiana, Suite 4520
Houston, Texas 77002
(713) 659-7200 (main)
(713) 659-7203 (facsimile)

**ATTORNEYS FOR APPLICANT
MARÍA CAROLIN
CHAPELLÍN BIGOTT**